**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       - v. -                                    :

HECTOR V. PAULINO,                          :
    a/k/a "Vlady,"
JOSE TAVERAS,                               :
    a/k/a "Hochy,"
LAUREANO ROJAS,
    a/k/a "Moreno,"
    a/k/a "Ping,"                              :
RAULLIN PADILLA-FERNANDEZ,
    a/k/a "Salvatore Gomez,"               :
ROLANDO CRUZ,
    a/k/a "Ricky,"                             :
    a/k/a "Maestro,"
LETECIA GARCIA,                             :
JOSE ALBERTO CABRERA,
SOCRATES VASQUEZ,                           :
    a/k/a "Jose Miranda,"
EDWIN FELIX-ALVARADO,                       :
    a/k/a "Edwin Feliz,"
RICHARD CORTORREAL-MINAYA,                  :
    a/k/a "Ronald,"
    a/k/a "Richard,"
    a/k/a "Juan,"
EURIDYCE CORTORREAL,
    a/k/a "Uri," and
ANGELA BURGOS,
    a/k/a "Carmen Acosta,"
    a/k/a "Morena,"

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - x

<u>INDICTMENT</u>

08 Cr.

**08 CRIM 553**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2008

<u>COUNT ONE</u>

       The Grand Jury charges:

       1.   From at least in or about October 2007, up to and

including at least in or about June 2008, in the Southern

District of New York and elsewhere, HECTOR V. PAULINO, a/k/a

"Vlady," JOSE TAVERAS, a/k/a "Hochy," LAUREANO ROJAS, a/k/a

"Moreno," a/k/a "Ping," RAULLIN PADILLA-FERNANDEZ, a/k/a

"Salvatore Gomez," ROLANDO CRUZ, a/k/a "Ricky," a/k/a "Maestro,"

LETECIA GARCIA, JOSE ALBERTO CABRERA, SOCRATES VASQUEZ, a/k/a

"Jose Miranda," EDWIN FELIX-ALVARADO, a/k/a "Edwin Feliz,"

RICHARD CORTORREAL-MINAYA, a/k/a "Ronald," a/k/a "Richard," a/k/a

"Juan," EURIDYCE CORTORREAL, a/k/a "Uri," and ANGELA BURGOS,

a/k/a "Carmen Acosta," a/k/a "Morena," the defendants, and others

known and unknown, unlawfully, intentionally and knowingly did

combine, conspire, confederate and agree together and with each

other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that

HECTOR V. PAULINO, a/k/a "Vlady," JOSE TAVERAS, a/k/a "Hochy,"

LAUREANO ROJAS, a/k/a "Moreno," a/k/a "Ping," RAULLIN PADILLA-

FERNANDEZ, a/k/a "Salvatore Gomez," ROLANDO CRUZ, a/k/a "Ricky,"

a/k/a "Maestro," LETECIA GARCIA, JOSE ALBERTO CABRERA, SOCRATES

VASQUEZ, a/k/a "Jose Miranda," EDWIN FELIX-ALVARADO, a/k/a "Edwin

Feliz," RICHARD CORTORREAL-MINAYA, a/k/a "Ronald," a/k/a

"Richard," a/k/a "Juan," EURIDYCE CORTORREAL, a/k/a "Uri," and

ANGELA BURGOS, a/k/a "Carmen Acosta," a/k/a "Morena," the

defendants, and others known and unknown, would and did

distribute and possess with intent to distribute a controlled

substance, to wit, one kilogram and more of mixtures and

substances containing a detectable amount of heroin, in violation

of Title 21, United States Code, Sections 812, 841(a)(1), and

841(b)(1)(A).

<u>OVERT ACTS</u>

3.    In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York, and
elsewhere:

a.    On or about April 11, 2008, in Bronx New
York, HECTOR V. PAULINO, a/k/a "Vlady," and LETECIA GARCIA, the
defendants, discussed the leasing of apartments that PAULINO
could use as heroin stash houses.

b.    On or about May 24, 2008, in Bronx, New
York, HECTOR V. PAULINO, a/k/a "Vlady," and SOCRATES VASQUEZ,
a/k/a "Jose Miranda," the defendants, discussed the delivery of a
quantity of heroin

c.    On or about May 27, 2008, in the Bronx, New
York, HECTOR V. PAULINO, a/k/a "Vlady," and JOSE TAVERAS, a/k/a
"Hochy," the defendants, discussed the transfer of a quantity of
hercin from TAVERAS to PAULINO.

d.    On or about June 4, 2008, in Bronx, New York,
LAUREANO ROJAS, a/k/a "Moreno," a/k/a "Ping," RAULLIN PADILLA-
FERNANDEZ, a/k/a "Salvatore Gomez," ROLANDO CRUZ, a/k/a "Ricky,"
a/k/a "Maestro," JOSE ALBERTO CABRERA, EDWIN FELIX-ALVARADO,
a/k/a "Edwin Feliz," RICHARD CORTORREAL-MINAYA, a/k/a "Ronald,"
a/k/a "Richard," a/k/a "Juan," EURIDYCE CORTORREAL, a/k/a "Uri,"
and ANGELA BURGOS, a/k/a "Carmen Acosta," a/k/a "Morena," the
defendants, assisted in preparing and packaging approximately two

3

kilograms of heroin for sale.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, HECTOR V. PAULINO, a/k/a "Vlady," JOSE TAVERAS, a/k/a "Hochy," LAUREANO ROJAS, a/k/a "Moreno," a/k/a "Ping," RAULLIN PADILLA-FERNANDEZ, a/k/a "Salvatore Gomez," ROLANDO CRUZ, a/k/a "Ricky," a/k/a "Maestro," LETECIA GARCIA, JOSE ALBERTO CABRERA, SOCRATES VASQUEZ, a/k/a "Jose Miranda," EDWIN FELIX-ALVARADO, a/k/a "Edwin Feliz," RICHARD CORTORREAL-MINAYA, a/k/a "Ronald," a/k/a "Richard," a/k/a "Juan," EURIDYCE CORTORREAL, a/k/a "Uri," and ANGELA BURGOS, a/k/a "Carmen Acosta," a/k/a "Morena," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

4

                c.     has been placed beyond the jurisdiction of the Court;

                d.     has been substantially diminished in value; or

                e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

 

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR V. PAULINO,
a/k/a "Vlady,"
JOSE TAVERAS,
a/k/a "Hochy,"
LAUREANO ROJAS,
a/k/a "Moreno,"
a/k/a "Ping,"
RAULLIN PADILLA-FERNANDEZ,
a/k/a "Salvatore Gomez,"
ROLANDO CRUZ,
a/k/a "Ricky,"
a/k/a "Maestro,"
LETECIA GARCIA,
JOSE ALBERTO CABRERA,
SOCRATES VASQUEZ,
a/k/a "Jose Miranda,"
EDWIN FELIX-ALVARADO,
a/k/a "Edwin Feliz,"
RICHARD CORTORREAL-MINAYA,
a/k/a "Ronald,"
a/k/a "Richard,"
a/k/a "Juan,"
EURIDYCE CORTORREAL,
a/k/a "Uri," and
ANGELA BURGOS,
a/k/a "Carmen Acosta,"
a/k/a "Morena,"

Defendants.

## INDICTMENT

08 Cr. _____

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.